Brock M. Weidner
Attorney at Law
P.O. Box 35152
Juneau, Alaska 99803
(907) 790-4434
Email: LawNorth@aol.com

**IN THE UNITED STATES COURT FOR THE DISTRICT OF ALAKSA**

| | |
|---|---|
| BROCK M. WEIDNER, ) | Case No. |
| ) | |
| Plaintiff, ) | COMPLAINT FOR DAMAGES |
| ) | |
| vs. ) | |
| ) | |
| FORD MOTOR COMPANY, INC., ) | |
| ) | |
| and ) | |
| ) | |
| FORD MOTOR CREDIT, INC., ) | |
| ) | |
| Defendants. . ) | |
| ) | |

    COMES NOW Brock M. Weidner and for a complaint for damages states to the Court as follows:

    (1) Plaintiff is a resident of the State of Alaska, residing in Juneau, Alaska;

    (2) Defendants are both out-of-state corporation doing business in the State of Alaska, City and Borough of Juneau;

    (3) On or about July 8, 1996, Plaintiff purchased a 1996 Ford Contour SE from and through Defendant, VIN No. 1FALP67L5TK166640.

(4) Defendant Ford Motor Credit refuses to deliver title to Plaintiff, although said Defendant is aware Plaintiff is bringing this action, supplied Plaintiff with a "Settlement Agreement" for settlement after this action is filed, but refuses to deliver title to Plaintiff unless Plaintiff files this action;

(5) Recently, Plaintiff has discovered the following manufacturing or design defects: The front coil springs corroded and required replacement, the same springs that were recalled for safety reasons on the 1998 Ford Contour; the heater switch burnt, a safety item Ford recalled and never notified Plaintiff; the Check Engine lights, likely as a result of a rich mixture, Plaintiff was never notified of recall published by Ford; Plaintiff has made numerous demands on Defendant to repair Plaintiff's vehicle, but Ford refuses to do so. (See letter from Defendant Ford Motor Company, Inc., dated March 14, 2006)

WHEREFORE, Plaintiff makes claim against Defendant in the amount of $710.00 that Plaintiff has spent in repairs, makes request that this action be certified as a class action pursuant to Federal Rule of Civil Procedure 23 to force Defendant to fix Contours of other Ford owners having similar defects, for which recalls have been documented, that Defendant be ordered to actually notify other Ford owners of the applicable recalls, and that Plaintiff be awarded damages and costs and attorney's fees shown to be due at trial.

Dated: March 27, 2006

By: *[signature]*

Brock M. Weidner, *Plaintiff Pro Se*

Alaska Bar 9404014