Subj:   **Re: Lack of Response**
Date:   3/22/2006 3:57:26 AM Alaskan Standard Time
From:   LawNorth
To:     srocha4@ford.com

In a message dated 3/22/2006 3:49:01 AM Alaskan Standard Time, srocha4@ford.com writes:

> I'll just wait for you to file the complaint.

You know, it just doesn't make sense to me why Ford would pay people to refuse to deliver a title after one has paid off a loan, why Ford would refuse to do service on items which are covered under Ford's own extended warranty, for which they have issued public recalls.

I will likely never buy another Ford, and I am telling many of this bad experience.  WHAT is Ford trying to accomplish?

Brock Weidner