

Consumer Affairs

PO Box 6248, MD 3NE-B
Dearborn, MI 48126 USA

<u>SENT VIA U.S. Mail</u>

March 14, 2006

Brock Weidner
PO Box 35152
Juneau, AK  99803

RE:   1996 Contour
VIN:  1FALP67L5TK166640

Dear Mr. Weidner:

The circumstances involving your client's vehicle have been reviewed.  However, Ford Motor Company is unable to offer assistance at this time.

Thank you for allowing us the opportunity to review your client's concern.

Respectfully yours,

*[signature]*

Wannetta Hill
Consumer Affairs