Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
sst@hbplaw.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER,<br><br>          Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>          Defendants. | CASE NO. 1:06-CV-00006-JWS |

**APPEARANCE**

COME NOW Hughes Bauman Pfiffner Gorski & Seedorf LLC and enters its appearance as attorneys of record on behalf of defendant, Ford Motor Company, and service may be had on such defendant by delivering mailings or pleadings to said attorneys at 3900 C Street, Suite 1001, Anchorage, Alaska 99503, or by email to sst@hbplaw.net.

RESPECTFULLY SUBMITTED this 18th day of May, 2006.

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC

Attorneys for Defendant Ford Motor Company

By: /s_____
Steven S. Tervooren
Alaska Bar No. 7910085

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
sst@hbplaw.net

246881

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Brock M. Weidner this 18th day of May, 2006.

s/_____
  Steven S. Tervooren