

# 1996 – MODEL WARRANTY INFORMATION BOOKLET



## FORD & MERCURY CARS & LIGHT TRUCKS

Exhibit 1 Page 1 of 6
Case No 1:06-cv-00006

> **NOTE:** This information about the limitations on incidental and consequential damages under the NEW VEHICLE LIMITED WARRANTY also applies to the EMISSIONS WARRANTIES described on pages 12-23.

# What Is Covered



Authorized Ford Motor Company dealers will repair, replace or adjust all parts on your vehicle (except tires) that are defective in factory-supplied materials or workmanship for 3 years or 36,000 miles (whichever occurs first).

Other coverages and services are described on pages 6-8. Items or conditions that *are not covered* by the New Vehicle Limited Warranty are described on pages 10-11.

When making warranty repairs, the dealer will use Ford or Motorcraft parts or remanufactured parts that are authorized by Ford.

## SAFETY RESTRAINT WARRANTY COVERAGE

Safety belts and Supplemental Restraint Systems (SRS) are covered against defects in factory-supplied materials or workmanship. Safety restraint system coverage begins at the warranty start date and lasts for 5 years or 50,000 miles, whichever occurs first.



## CORROSION WARRANTY COVERAGE

Body sheet metal panels are covered against corrosion due to a defect in factory-supplied materials or workmanship. The length of the repair coverage depends upon the type of corrosion damage.

- ◆ If corrosion causes perforation (holes) in the body sheet metal, repair coverage lasts for 5 years regardless of the miles driven.

- ◆ If corrosion does not cause holes, and is not the result of usage and/or environmental conditions, repair coverage lasts for 3 years or 36,000 miles, whichever occurs first.

For damage caused by airborne material (environmental fallout), where there is no defect involved and therefore no warranty, our policy is to cover paint damage due to airborne material (environmental faillout) for 12 months or 12,000 miles, whichever occurs first.

Exhibit 1 Page 3 of 6
Case No 1:00-cv-00006

# 7.3L POWER STROKE DIESEL ENGINE WARRANTY

Certain direct injection diesel engine components are covered against defects in factory-supplied materials or workmanship for 5 years or 100,000 miles, whichever occurs first. A $100 deductible per repair visit applies after the Bumper to Bumper Warranty coverage period (3 years or 36,000 miles, whichever occurs first).

Covered components: cylinder block, heads and all internal parts, intake and exhaust manifolds, flywheel, timing gear, harmonic balancer, valve covers, oil pan and pump, water pump, fuel pump and fuel system (excluding fuel lines and fuel tank), high pressure lines, gaskets and seals, glow plugs, turbocharger, powertrain control module, electronic driver unit, injectors, injection pressure sensor, high pressure oil regulator, exhaust back pressure regulator and sensor, camshaft position sensor, accelerator switch.

Note: Some components also may be covered by the Emissions Warranties with no deductible. See pages 12-23 for more information.

Damage or other items not covered by this warranty are described on pages 10-11.



Tires are warranted separately by the tire manufacturer. Your tire warranty is included with the owner literature supplied with your new vehicle.

If a tire is damaged during the warranty coverage period because of a vehicle defect in factory-supplied materials or workmanship, the tire will be replaced by Ford Motor Company.



Your vehicle (unless it is a daily rental unit) is eligible for the Ford Roadside Assistance Program. This Program is separate from the New Vehicle Limited Warranty, but the program period is concurrent with the Bumper to Bumper Warranty period. Under this program, Ford will cover towing (to the nearest Ford or Mercury dealership), spare tire mounting, fuel delivery, jump starts, and lockout problems. For more information, call 1-800-241-FORD (3673).

Towing necessitated by warrantable failure beyond the Bumper to Bumper Warranty is covered under the applicable warranty.

For daily rental units that must be towed because a covered part has failed during the Bumper to Bumper Warranty period, Ford will cover towing to the nearest Ford or Mercury dealership.

# WARRANTY SUMMARY

## New Vehicle Limited Warranty

| | Years/Miles In Service |
|---|---|
| Bumper to Bumper | 3/36,000 |
| Safety Restraint System | 5/50,000 |
| Corrosion (Perforation) | 5/unlimited |
| 7.3L Power Stroke Diesel Engine | 5/100,000 |

## Emissions Warranty

**Federal Vehicles**

| | Years/Miles In Service |
|---|---|
| Emissions Defect Warranty | 3/36,000 |
| • Certain Emissions Parts* | 8/80,000 |
| Emissions Performance Warranty | |
| • Emissions-Related Parts | 2/24,000 |

**California Vehicles**

Emissions Defect Warranty
(14,000 GVWR and Under)

| | Years/Miles In Service |
|---|---|
| • Short-Term Warranty | 3/50,000 |
| • Long-Term Warranty** | 7/70,000 |

(Over 14,000 GVWR)

| | Years/Miles In Service |
|---|---|
| Emissions Defect Warranty*** | 5/50,000 |
| Emissions Performance Warranty | 3/50,000 |

\* Catalytic converter, electronic emissions control unit, onboard emissions diagnostic device (required 8 year/80,000 mile coverage per the Clean Air Act).
\** These specific parts were selected on the basis of their estimated replacement cost at the time the California Air Resources Board certified your vehicle for sale in California.
\*** Diesel engine vehicles over 14,000 GVWR are covered for five years or 100,000 miles.

The charts above show only general information. Refer to the detailed information for what is covered and what is not covered under each of these warranties.

9

Exhibit 1 Page 6 of 6
Case No 1:06-cr-00006