**MINUTES OF THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

<u>  BROCK M. WEIDNER  </u>  v.  <u>  FORD MOTOR CREDIT, INC., et al.  </u>

THE HONORABLE JOHN W. SEDWICK    CASE NO. <u>  1:06-cv-00006-JWS  </u>

<u>  Deputy Clerk  </u>        <u>  Official Recorder  </u>

<u>  Pam Richter  </u>        <u>                    </u>


APPEARANCES:    for PLAINTIFF:  ----

                for DEFENDANT:  ----

PROCEEDINGS:    **ORDER FROM CHAMBERS**

At docket 4, defendants move to dismiss.  Plaintiff has not responded to the motion.  Upon examination, the motion is found to have merit; plaintiff has not established that this court has jurisdiction over his claim.  The motion at docket 4 is **GRANTED**, and this case is **DISMISSED**.

ENTERED AT JUDGE'S DIRECTION
DATE: <u>  July 5, 2006  </u>        INITIALS: <u>  prr  </u>
                                    Deputy Clerk

[FORMS*IA*]