
Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
sst@hbplaw.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER,<br><br>          Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>          Defendants. | CASE NO. 1:06-CV-00006-JWS |

## MOTION FOR ATTORNEYS' FEES

Pursuant to Federal Rule of Civil Procedure 54, D.Ak. LR 54.3, and Alaska Rule of Civil Procedure 82, defendant Ford Motor Company moves for an award of attorneys' fees.

Plaintiff presumably asserted (by implication) jurisdiction in this case pursuant to 28 U.S.C. § 1332. In diversity cases, the Court applies Alaska Rule of Civil Procedure 82 or other applicable state law to determine the right to attorneys' fees. *Klopfenstein v. Pargeter*, 597 F.2d 150 (9th Cir. 1979); D. Ak. LR 54.3(b).

Under Alaska Rule of Civil Procedure 82, the prevailing party is awarded a portion of its actual fees. Rule 82(b)(2) provides that when the defendant is the prevailing

party in a case determined without trial, the presumptive award is 20 percent of actual fees, but the amount of fees may be varied in accordance with the factors listed in Rule 82(b)(3).

Ford Motor Company's total actual attorneys' fees invoiced or in process to be invoiced by the firm of Hughes Bauman Pfiffner Gorski & Seedorf, through the date of this motion, was $1,083.00.  *See* Affidavit of Steven S. Tervooren, attached as Exhibit A.

In addition, Ford has incurred attorney fees through the firm of Baker & Hostetler LLP in the amount of $1,631.25.  *See* Declaration of Gina Beredo, attached as Exhibit B.  Baker & Hostetler LLP serves as national counsel to Ford, in the interest of efficiency researched and drafted the motion for dismissal, and would have appeared pro hac vice if necessary but for the dismissal.

Therefore, the total actual attorney fees incurred by Ford Motor Company in defending this action through the date of this motion are $2,714.25.  A presumptive fee award of 20 percent of this amount equates to $542.85.

Pursuant to Alaska Rule of Civil Procedure 82(b)(3), Ford Motor Company asks this Court to exercise its discretion and to award a greater percentage of actual fees based upon the following criteria (references are to subparagraphs in the rule):

 (A) Complexity of the litigation = Class action jurisdiction and federal preemption issues were necessarily researched and briefed.  While not exceedingly complicated in the abstract, they were complex in relation to the very modest amount of fees requested.

 (C) Reasonableness of the attorney's hourly rates and the number of hours

expended = Ford's local counsel billed at rates below his standard rates and below what the Court will recognize to be typical rates for counsel of commensurate abilities. The hours expended were very modest, a reflection of efforts by Ford counsel to allocate efforts without duplication and to address and dispose of the action by threshold motion practice before engaging in other defense efforts.

(E)   Attorney's efforts to minimize fees. Ford's local (Hughes Bauman et al.) and national (Baker & Hostetler) firms allocated efforts in a cost-efficient manner, avoiding duplication and not staffing with other support attorneys or legal assistants. They also sought to achieve dismissal before engaging in any other substantial defense efforts.

(F)   The reasonableness of the claims and defenses pursued by each side. Plaintiff's attempt to transform a less than $1,000 repair claim on a nearly ten year old vehicle with 85,000 miles to a national class action smacked of a heavy-handed shake down and barely passes Rule 11 muster, if in fact it does pass.

Accordingly, Ford Motor Company requests an award of enhanced attorney fees, and respectfully suggests that 85% of actual fees is reasonable under the circumstances. Such an award equates to $2,307.11.

RESPECTFULLY SUBMITTED this 13th day of July, 2006.

HUGHES BAUMAN PFIFFNER GORSKI & SEEDORF LLC
Attorneys for Defendant Ford Motor Company

By: s/ Steven S. Tervooren
Alaska Bar No. 7910085

3900 C Street, Suite 1001
Anchorage, Alaska 99503
907-263-8225/907-263-8320 (fax)
sst@hbplaw.net

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Brock M. Weidner this 13th day of July, 2006.

s/ Steven S. Tervooren