# LIST OF EXHIBITS

# FORD MOTOR COMPANY'S MOTION FOR ATTORNEYS' FEES

A.  Affidavit of Steven S. Tervooren

B.  Declaration of Gina Beredo

Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
sst@hbplaw.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER,<br><br>    Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>    Defendants. | CASE NO. 1:06-CV-00006-JWS |

**AFFIDAVIT OF STEVEN S. TERVOOREN**

STATE OF ALASKA         )
                        ) ss.
THIRD JUDICIAL DISTRICT )

      STEVEN S. TERVOOREN, being first duly sworn upon his oath, deposes and states as follows:

    1.    I am a member of the law firm of Hughes Bauman Pfiffner & Seedorf LLC, and am the attorney responsible for the work performed on behalf of defendants in the above-referenced matter and have personal knowledge concerning the statements herein.

    2.    My hourly rate throughout the case has been $190.00 per hour. My

Hughes Bauman Pfiffner
Gorski & Seedorf, LLC
Attorneys at Law
3900 C Street
Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
(907) 263-8320 Fax

typical rates for other clients range from $190 – 235 per hour. Our firm's invoices (including unbilled work in process) for legal fees totaled $1,083.00 for this matter. *See*, billing attached hereto.

    3.    The attorney fees are, on information and belief, considered to have been reasonable and necessary in light of the claims asserted against Ford.

FURTHER YOUR AFFIANT SAYETH NAUGHT.

DATED at Anchorage, Alaska, this 13th day of July, 2006.

_____
Steven S. Tervooren

SUBSCRIBED AND SWORN to before me the 13 day of July, 2006.

_____
Notary Public in and for Alaska
My Commission Expires: 2/3/08

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Brock M. Weidner this 13th day of July, 2006.

s/ Steven S. Tervooren

HUGHES BAUMAN PFIFFNER
GORSKI & SEEDORF, LLC
ATTORNEYS AT LAW
3900 C STREET
SUITE 1001
ANCHORAGE, ALASKA 99503
(907) 274-7522
(907) 263-8320 FAX

*Affidavit of Steven S. Tervooren*
*Weidner v. Ford Motor Co., et al.*, Case No. 1:06-CV-00006-JWS
Page 2 of 2

**Exhibit A**



Attorneys at Law
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503-5931

**HUGHES BAUMAN PFIFFNER**
**GORSKI & SEEDORF, LLC**
Est. 1939

Telephone: (907) 274-7522
Fax: (907) 263-8320
IRS Number: 92-0041193

Client: 00655     Matter: 00130 - Brock Weidner v. Ford Motor Company

June 6, 2006

Invoice # 179160

Ford Motor Company
ATTN: Susan M Brey, Legal Assistant
Parklane Towers West Suite 300
3 Parklane Blvd.
Dearborn, MI 48126-2568

**Amt. Due This Invoice:**     $667.04
*Please remit top portion with payment*

Client:  00655         Ford Motor Company
Matter:  00130         Brock Weidner v. Ford Motor Company

**Time/Fee Detail:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 05/08/06 | SST | Telephone call with Tara Maginn re new claim (Weidner), history of dealings with him for FMCC, class action and other preliminary case management issues. Notes to file. Email to Tara Maginn. Email inquiry re firm access to case law on class action issues. Review USDC Civil Docket sheet, complaint, attachments to complaint. | 1.30 | 247.00 |
| 05/17/06 | SST | Review email, complaint and proposed motion to dismiss received from Tara McGinn. Evaluate product vs warranty issues and related matters. Email with Tara McGinn re possible additions to Ford's motion to dismiss. Further email traffic. Legal research implied warranty statute of limitations case. Revise statute of limitations section of motion. | 1.70 | 323.00 |
| 05/18/06 | SST | Email traffic. Review 1996 warranty terms. Edit motion to dismiss. | 0.50 | 95.00 |
| | | **TOTAL FEES** | 3.50 | $665.00 |



Attorneys at Law
3900 "C" Street, Suite 1001
Anchorage, Alaska 99503-5931

Telephone: (907) 274-7522
Fax: (907) 263-8320
IRS Number: 92-0041193

Client: 00655   Matter: 00130 - Brock Weidner v. Ford Motor Company

July 6, 2006

Invoice # 179443

**Ford Motor Company**
ATTN: Susan M Brey, Legal Assistant
Parklane Towers West Suite 300
3 Parklane Blvd.
Dearborn, MI 48126-2568

**Amt. Due This Invoice:**    $209.00
*Please remit top portion with payment*

| Client: | 00655 | Ford Motor Company |
|---|---|---|
| Matter: | 00130 | Brock Weidner v. Ford Motor Company |

**Time/Fee Detail:**

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 06/19/06 | SST | Email from Tara McGinn. Check re status of motion to dismiss and report to Tara McGinn. Skim Weidner court case filings on-line and advise Tara McGinn of 1998 action by Weidner vs. Ford. | 0.90 | 171.00 |
| 06/30/06 | SST | Inquire of court as to status of motion to dismiss. Check for filing in Juneau. Email client re status. | 0.20 | 38.00 |
| | | **TOTAL FEES** | **1.10** | **$209.00** |

**Disbursements:**

| Date | Expense Name | Amount |
|---|---|---|
| | **TOTAL DISBURSEMENTS** | **$0.00** |

**Attorney Summary:**

| | | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|---|
| SST | Tervooren, Steven S. | 1.10 | 190.00 | 209.00 |
| Total all Attorneys | | 1.10 | | $209.00 |

Billing Memorandum  #113142   07/13/06                                    Tervooren, Steven S.
                                                                                    Page 1

00655   Ford Motor Company
        ATTN: Susan M Brey, Legal Assistant
        Parklane Towers West Suite 300
        3 Parklane Blvd.
        Dearborn, MI 48126-2568

00130   Brock Weidner v. Ford Motor Company

| Atty | Date | Time | Matter Value | Description of Services Rendered | |
|---|---|---|---|---|---|
| SST | 07/05/06 | 0.50 | 95.00 | Review order of dismissal. Check status of service on FMCC. Evaluate fee and cost motion approach. Email Sarah Rocha and Tara McGinn re same. | 622468 |
| SST | 07/06/06 | 0.20 | 38.00 | Email traffic. Direct order to client. Review notes from initial discussion. | 622582 |
| SST | 07/07/06 | 0.40 | 76.00 | Review email. Review and tailor motion, order for attorney fees. | 622820 |
|     |          | 1.10 | 209.00 | | |

| Atty | Date | Check | Disb Amt | Qty | Description of Disbursement |
|---|---|---|---|---|---|
|  |  |  | 0.00 |  |  |

TRUST SUMMARY

IN THE UNITES STATES COURT FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK WEIDNER,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　　　Defendants. | CASE NO. 1-06-CV-00006-JWS<br><br>**DECLARATION OF GINA BEREDO** |

STATE OF OHIO　　　　　　　　)
　　　　　　　　　　　　　　　　) ss.　DECLARATION OF GINA A. BEREDO
COUNTY OF CUYAHOGA　　) 

I, Gina A. Beredo, do hereby state as follows:

1. I am employed by Baker & Hostetler, LLP as an attorney.

2. I have been practicing law since November 1999. I am admitted to practice law before the following federal courts: 6th Circuit Court of Appeals, Northern District of Ohio, Northern District of Indiana and Eastern District of Indiana. I am also admitted to practice law before the State of Ohio.

3. I have personal knowledge regarding the facts stated in this declaration and I am competent to testify to the matters stated in this declaration.

4. I performed work for the matter captioned *Brock M. Weidner v. Ford Motor Company*, United States District Court of Alaska Case No. 1-06-CV-00006-JWS.

5. Attached hereto as Exhibit 1 is a true and accurate copy of my attorney fee bill for work performed on this matter.

Exhibit B Page 1 of 3
Case No 1:06-CV-00006-JWS

6. All of the fees set forth in the attached attorney fee bill were incurred as a direct result of pursuing Defendant Ford Motor Company's Motion to Dismiss.

I certify, declare and verify under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief under penalty of perjury.

Executed on: 11 July 06
Date

_/s/ Gina Beredo_
Gina A. Beredo, Esq.

501113724.1, Beredo Declaration

Exhibit B Page 2 of 3
Case No 1:06-CV-00006 JWS

```
                   Time Detail by Invoice for Invoice 334022
  Client Number - 027821     Ford Motor Company CL
  Matter Number - 03677      Brock M. Weidner vs. Client

SEQUENCE      DATE     ATTY  DESCRIPTION                        HOURS    VALUE BILLED
20249100    05/04/06   4695  Research and analyze                2.50           562.50
                             Alaska law regarding
                             class certification and
                             lack of jurisdiction;
                             draft motion to dismiss.
                             TASK CODE: L120
                             Analysis/Strategy
20275002    05/09/06   4695  Review local rules for              2.50           562.50
                             district court of
                             Alaska; review file;
                             research and analyze
                             Alaska law regarding
                             amount in controversy
                             requirement and class
                             certification; draft
                             motion to dismiss.
                             TASK CODE: L120
                             Analysis/Strategy
20298416    05/16/06   4695  Review and revise motion            2.25           506.25
                             to dismiss.
                             TASK CODE: L120
                             Analysis/Strategy
                                                                        ─────────────
                                                                             1,631.25
```

**Requested by : Ruth Bennett**
July 10, 2006   04:16pm

Exhibit _B_ Page _3_ of _3_
Case No _1:06-cv-00006 JWS_