Steven S. Tervooren
Hughes Bauman Pfiffner
 Gorski & Seedorf LLC
3900 C Street, Suite 1001
Anchorage, Alaska 99503
(907) 274-7522
sst@hbplaw.net

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| BROCK M. WEIDNER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>FORD MOTOR COMPANY, et al.,<br><br>　　　　　Defendants. | CASE NO. 1:06-CV-00006-JWS |

**PROPOSED ORDER GRANTING MOTION FOR ATTORNEYS' FEES**

　　　　Having considered defendants' Motion for Attorney Fees, and the court being fully advised in the premises;

　　　　IT IS HEREBY ORDERED that plaintiff pay attorney fees in the amount of $_____ to Ford Motor Company, c/o defendants' counsel, Hughes Bauman Pfiffner Gorski & Seedorf LLC, within ten (10) days of the date of this order.

　　　　DATED at Anchorage, Alaska, this _____ day of _____, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable John W. Sedwick
　　　　　　　　　　　　　　　　　　　　　　　　U.S. District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing is being served electronically on Brock M. Weidner this 13th day of July, 2006.

s/ Steven S. Tervooren