### MINUTES OF THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ALASKA

__BROCK M. WEIDNER__   v.   __FORD MOTOR CREDIT INC., et al.__

THE HONORABLE JOHN W. SEDWICK        CASE NO.   __1:06-cv-00006-JWS__

   Deputy Clerk                     Official Recorder

   __Pam Richter__

APPEARANCES:   for PLAINTIFF:   ----

               for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

---

Plaintiff brought this case alleging state law claims against defendants. The court has jurisdiction based on diversity of citizenship. Defendants successfully moved to dismiss. There is now pending at docket 6, defendant Ford Motor Company's motion for an award of attorney fees pursuant to D.Ak.LR 54.3(b) and Alaska R. Civ.P. 82. Defendant asks for an award of $2,307.11 which is 85% of the total attorney fees incurred. Plaintiff has not opposed the motion.

Upon examination, the motion at docket 6 is generally found to have merit. However, after evaluating the application of the factors listed in Alaska Rule Civ. P. 82(b)(3), the court concludes that while an award greater than the presumptive 20% of actual fees is warranted, an award of 85% of actual attorney fees incurred is not adequately supported. Rather, the court finds that an award of 60% of actual fees is appropriate. The actual attorney fees reasonably incurred were $2,714.25. Sixty per cent of that amount is $1,628.55.

For the reasons above, the motion at docket 6 is **GRANTED** as follows: Plaintiff shall pay the sum of $1,628.55 to defendant Ford Motor Company who shall have judgment against plaintiff in that amount.

DATE: __August 8, 2006__                ENTERED AT JUDGE'S DIRECTION
                                        INITIALS: __prr__
                                                Deputy Clerk

[FORMS*IA*]