**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

BROCK M. WEIDNER,
    Plaintiff,

                                               Case Number 1:06-cv-00006-JWS

v.

FORD MOTOR CREDIT, INC., et al.
    Defendants.                  **JUDGMENT IN A CIVIL CASE**

____   **JURY VERDICT**.  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 XX   **DECISION BY COURT**.  This action came to trial or hearing before the court.  The issues have been tried or heard and a decision has been rendered.

        IT IS ORDERED AND ADJUDGED:

THAT plaintiff Brock M. Weidner pay the sum of $1,628.55 to defendant Ford Motor Company.

*NOTE: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.3, and 58.1.*

Date: August 8, 2006

                                                       Ida Romack
                                                      Clerk of Court

[Jmt1-with fees and costs-revised 1-30-06]